JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR OLIVEROS, | ) | NO. CV 06-3700 JFW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RICHARD KIRKLAND, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 26, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE